**Charles POINTER, Appellant,**

v.

**PARENTS FOR FAIR SHARE, Appellee.**

No. 04–1106.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 30, 2004.

Decided Feb. 9, 2004.

Charles Pointer, pro se, St. Louis, MO, for Plaintiff–Appellant.

Before LOKEN, Chief Judge, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Charles Pointer brings this *pro se* appeal challenging the district court's dismissal of his discrimination action against Parents for Fair Share. After allowing Pointer to proceed in forma pauperis (IFP), the district court dismissed his complaint prior to service, pursuant to 28 U.S.C. § 1915(e)(2)(B). The court reasoned that the complaint was frivolous because of its similarity to Pointer's previous IFP complaint that had been dismissed as frivolous, and that the claims were barred by the principles of res judicata. Further, the district court certified that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). Pointer appeals. We have reviewed the record de novo, *Moore*

*v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), and affirm the district court. *See* 8th Cir. R. 47A(a).